No. 02–7601. FOREMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–7603. HOUSTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–7604. MOLINA ARGUETA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7606. DURAN-PISARO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7608. CAULFIELD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7609. DAVIS v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–7610. CHAVEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7613. SCOTT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–7615. CASTILLO REZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7616. GARCIA ROBLES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7618. JASSO-ELIZONDO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7622. GOMEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–7623. GONZALEZ-AVILA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7624. GONZALEZ, AKA JORGE DE HOYOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7628. LOPEZ-ORTIZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7630. BURGOS-CHAPARRO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.